637 A.2d 276

**David L. STYER, Esquire, Appellant,**

v.

**Randall W. HUGO, Esquire.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1994.

Decided Feb. 15, 1994.

David L. Styer, pro se.

Randall W. Hugo, pro se.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

threshold intrusion into the house and not the scope of the search beyond that threshold intrusion. *See* R.R. at 10.

**ORDER**

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.